AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Middle District of Florida

| | |
|---|---|
| ADVANCE MAGAZINE PUBLISHERS INC. d/b/a CONDE NAST, | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| POOJA ENTERPRISES, LLC d/b/a ORLANDO'S GQ MENSWEAR and d/b/a GQ MENSWEAR - ORLANDO, | ) ) ) ) |
| *Defendant(s)* | ) ) |

Civil Action No. 6:17-cv-1301-Orl-41GJK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* POOJA ENTERPRISES, LLC d/b/a ORLANDO'S GQ MENSWEAR and
d/b/a GQ MENSWEAR - ORLANDO
c/o RAJESH HARJANI, Registered Agent
12732 TOPSFIELD DRIVE
ORLANDO, FL 32837

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Eric J. Partlow
Melissa S. Rizzo
ADAMS AND REESE LLP
101 E. Kennedy Blvd., Suite 4000
Tampa, FL 33602
(813) 402-2880

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/17/17

*Signature of Clerk or Deputy Clerk*